```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2025
```

SUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN SOUTHERLAND,

                Plaintiff,

-against-

COUNTY DISTRICT ATTORNEY ALVIN L. BRAGG, JR.; FRANKLIN R. GUENTHNER, ESQUIRE, NEW YOR COUNTY DISTRICT ATTORNEY CIVIL LITIGATION UNIT; ROBIN MCCABE, ESQUIRE, NEW YORK COUNTY DISTRICT ATTORNEY CIVIL LITIGATION UNIT; HANNAH ROCHE FOIL COORDINATOR, NEW YORK COUNTY DISTRICT ATTORNEY OFFICE,

                Defendants.

25-CV-976 (JHR)

ORDER OF SERVICE

JENNIFER H. REARDEN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants New York County District Attorney Alvin L. Bragg, Jr.; Assistant District Attorney Franklin R. Guenthner; Assistant District Attorney Robin McCabe; and Assistant District Attorney Hannah Roche. Plaintiff is directed to serve a summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

    If within those 90 days, Plaintiff has neither served Defendants nor requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses be served within 90 days of the date the complaint is filed, the summonses in this case were not issued when Plaintiff filed the complaint because he had not paid the fees. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: March 17, 2025
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge