SHAWN SOUTHERLAND
516654E/739978
1-Right-3-171/E.J.S.P.
1100 WOODBRIDGE ROAD
LOCK BAG R
RAHWAY, N.J. 07065



RECEIVED
JAN 31 2025
PRO SE OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHAWN SOUTHERLAND, | C.V. No. |
| Plaintiff, | ***MOTION TO PROCEED*** |
| | ***IN FORMA PAUPERIS FOR*** |
| V. | ***SERVICE OF SUMMONS*** |
| | ***AND COMPLAINT*** |
| ALVIN L. BRAGG, JR., NEW YORK COUNTY DISTRICT ATTORNEY, | MEMORANDUM ENDORSED |
| Defendant's, et. al., | |

---

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, N.Y. 10007

PLEASE TAKE NOTICE, that upon the annexed affidavit of Shawn Southerland, Plaintiff, pro se, shall move before this Honorable Court, the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, N.Y., on the 14th, day of February, 2025 at 9:30 a.m., in the forenoon of that day, or as soon thereafter, for an Order: Granting plaintiff permission to proceed as an indigent for

1

the purpose of serving the enclosed summons and complaint.

Plaintiff has paid the full filing fee, however, is an indigent incarcerated person; and cannot afford to pay the costs, fees, or expenses to effect personal service upon the Defendants.

Plaintiff shall rely upon the attached in forma pauperis affidavit, along with his six-month incarcerated person statement.

Respectfully submitted,

x_____

SHAWN SOUTHERLAND
516654E/739978
4-U-5-30/E.J.S.P.
1100 WOODBRIDGE ROAD
LOCK BAG R
RAHWAY, N.J. 07065

A federal court has already ruled that plaintiff is barred from proceeding in forma pauperis under 28 U.S.C. § 1915(g). See Southerland v. Lopez, No. 1:21-CV-1409-CC, 2021 WL 12189821 (N.D. Ga. May 7, 2021). Under the doctrine of collateral estoppel, that ruling prevents plaintiff from contending that he is entitled to proceed in forma pauperis here. Accordingly, the application to proceed in forma pauperis is denied.

Dated:
Rahway, N.J. 07065

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 18, 2025

2