UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHAWN SOUTHERLAND                              :

               Plaintiff,                              :         ORDER

   -v.-                                                           :
                                                                    25 Civ. 976 (JHR) (GWG)
ALVIN L. BRAGG, JR. et al.,                    :

              Defendants.                           :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      All of plaintiff's recent applications for discovery (Docket ## 23-27) are denied. No discovery shall take place until the Court issues a scheduling order pursuant to Fed. R. Civ. P. 16(b)(1).

      SO ORDERED.

Dated: June 30, 2025
       New York, New York

                                                              _____
                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge