UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHAWN SOUTHERLAND                              :

              Plaintiff,           :           <u>ORDER</u>

   -v.-                                                           :
                                                             25 Civ. 976 (JHR) (GWG)
ALVIN L. BRAGG, JR. et al.,                         :

             Defendants.         :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The defendants have now responded to the complaint in letters dated July 7, 2025 and July 10, 2025 (Docket ## 29, 30) by seeking permission to file a motion to dismiss or for summary judgment. The plaintiff has responded by letter dated July 11, 2025 (Docket # 34). After considering these letters, the Court grants the defendants' request for permission to file a motion to dismiss or in the alternative for summary judgment. The Court will set a schedule for that motion shortly.

       Before issuing a scheduling order under Fed. R. Civ. P. 16, however, the Court seeks to determine if defendants are seeking a stay of discovery. If defendants are seeking a stay of discovery, they shall make the application by formal motion or by letter filed <u>on or before July 28, 2025</u>. If defendants file such an application, plaintiff may respond on or before August 18, 2025. If defendants do not timely file such a motion, the Court will issue an order under Rule 16.

       SO ORDERED.

Dated: July 21, 2025
       New York, New York

                                                                GABRIEL W. GORENSTEIN
                                                                United States Magistrate Judge