UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SHAWN SOUTHERLAND,

                           Plaintiff,

           -against-

ALVIN L. BRAGG, JR., NEW YORK COUNTY DISTRICT ATTORNEY; FRANKLIN R. GUENTHNER, ESQUIRE NEW YORK COUNTY DISTRICT ATTORNEY CIVIL LITIGATION UNIT ROBIN MCCABE, ESQUIRE, NEW COUNTY DISTRICT ATTORNEY CIVIL LITIGATION UNIT, HANNAH ROCHE FOIL COORDINATOR, NEW YORK COUNTY DISTRICT ATTORNEY OFFICE,

                           Defendants.

------------------------------------------------------------------- x

**NOTICE OF DEFENDANTS' MOTION TO STAY DISCOVERY PURSUANT TO RULE 26(c) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

25 Civ. 976 (JHR) (GWG)

**PLEASE TAKE NOTICE** that, upon the Declaration of Corey S. Shoock dated July 25, 2025, the exhibits annexed thereto, the accompanying Memorandum of Law dated July 25, 2025; and upon all prior pleadings and proceedings had herein, defendants Alvin L. Bragg, Jr, the former New York County District Attorney, Franklin R. Guenthner, Robin McCabe, and Hannah Roche will move this Court before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order to stay discovery pending the outcome of dispositive motion practice, pursuant to Rule

26(c) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated July 21, 2025 (ECF No. 35), Section 2(B) of the Court's Individual Practices, and Local Civil Rule 6.1, plaintiff's opposition, if any, is due on August 18, 2025.

Dated:   New York, New York
        July 25, 2025

            **ALVIN L. BRAGG, JR.**
            District Attorney, New York County
            As Special Assistant Corporation Counsel
            *Attorney for Defendants Bragg, Guenthner,*
              *McCabe, and Roche*
            One Hogan Place
            New York, New York 10013
            (212) 335-9000

By:   /s/   *Corey S. Shoock*
            **Corey S. Shoock, Esq.**
            *Assistant District Attorney |*
            *Deputy General Counsel*
              Of Counsel
            shoockc@dany.nyc.gov

To:   Shawn Southerland (Via U.S. Mail)
      SBI No. 516654E/ 739978
      East Jersey State Prison
      1100 Woodbridge Road
      4-U-5-30; Lock Bag R
      Rahway, New Jersey 07065

25 Civ. 976 (JHR) (GWG)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| SHAWN SOUTHERLAND,<br><br>                                                               Plaintiff,<br><br>                  -against-<br><br>ALVIN L. BRAGG, JR., NEW YORK COUNTY DISTRICT ATTORNEY; FRANKLIN R. GUENTHNER, ESQUIRE NEW YORK COUNTY DISTRICT ATTORNEY CIVIL LITIGATION UNIT ROBIN MCCABE, ESQUIRE, NEW COUNTY DISTRICT ATTORNEY CIVIL LITIGATION UNIT, HANNAH ROCHE FOIL COORDINATOR, NEW YORK COUNTY DISTRICT ATTORNEY OFFICE,<br><br>                                                               Defendants. |
| **NOTICE OF MOTION TO STAY DISCOVERY PURSUANT TO RULE 26(c) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| **ALVIN L. BRAGG, JR.**<br>District Attorney, New York County<br>As Special Assistant<br>Corporation Counsel of the City of New York<br>*Attorney for Defendants Bragg, Guenthner, McCabe, and Roche*<br>One Hogan Place<br>New York, New York 10013<br>Of Counsel: Corey S. Shoock<br>Tel:  (212) 335-9000 |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.* ...................................................., 2025<br><br>................................................................................ *Esq.*<br><br>*Attorney for* ........................................................................ |