UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SHAWN SOUTHERLAND                          :

           Plaintiff,                      :          ORDER

    -v.-                                       :
                                             25 Civ. 976 (JHR) (GWG)
ALVIN L. BRAGG, JR. et al.,                :

           Defendants.                     :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Defendants shall file any opposition to plaintiff's motion to unseal state court records (Docket # #37-39) by August 18, 2025.   Plaintiff may file any reply by September 8, 2025.

Based on plaintiff's letter of July 28, 2025 (Docket # 51), it appears that plaintiff may wish to have the papers he filed on July 28, 2025 --- consisting of plaintiff's purported "opposition to defendant's motion to dismiss or summary judgment" (Docket ## 46-50) --- to be construed as his opposition to defendants' motion for a stay. Given that the Court previously gave plaintiff a deadline of August 18, 2025, to respond to the motion for a stay, however (Docket # 35), defendants should not file any reply at this time.   Rather, defendants shall file any reply by September 8, 2025

With regard to the request for discovery contained in Docket # 51, discovery is stayed pending the Court's resolution of the motion for a stay.   The Court thus directs plaintiff not to seek any subpoenas from this Court or engage in any other discovery until that motion is decided.

SO ORDERED.

Dated: August 5, 2025
       New York, New York

                                               GABRIEL W. GORENSTEIN
                                               United States Magistrate Judge