UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHAWN SOUTHERLAND                         :

           Plaintiff,                      :        ORDER

   -v.-                                                :
                                                                            25 Civ. 976 (JHR) (GWG)
ALVIN L. BRAGG, JR. et al.,                :

           Defendants.                   :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      It has come to the Court's attention that it has not issued a scheduling order with respect to defendants' proposed motion to dismiss. See Order, dated July 21, 2025 (Docket # 35).

      Such motion shall be filed by October 10, 2025. Plaintiff's opposition shall be filed by November 7, 2025. Any reply shall be filed by November 28, 2025.

      SO ORDERED.

Dated: September 26, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge