Shawn Southerland
516654E/739978
1-Right-1-15/E.J.S.P.
1100 Woodbridge Road
Lock Bag-R
Rahway, N.J. 07065

September 14, 2026

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 29 AM10:47

Attention

Pro Se Clerk's Office
United States District Court
Southern District of New York
500 Pearl Street, Room 200
New York, N.Y. 10007

Re: Southerland v. Bragg, et. al.
Docket No. 25-cv- 976
Subject: Status Update

Dear Pro Se Clerk's Office:

The purpose of this letter is to inquire concerning the status of this case, and to request an updated full civil docket sheet in the above-captioned matter.

In this regard, several months ago, I objected to the Magistrate Judge Report and Recommendation and await the decision of District Court Judge Reardon in this matter.

Thank you for your time and attention to this request.

Respectfully submitted,

x________________
Shawn Southerland
Plaintiff, Pro Se

cc: File

S. Southerland
S16654E 1739978
1-R-1-15 / E.J.S.P
1100 WoodBridge Rd
Rahway. N.J. 07065

DV DANIELS NJ 070
16 SEP 2026 PM 2

FOREVER / USA

Pro se

This item has been mailed from a NJDOC Correctional Facility

ATTN: Pro SE Clerk's office
Southern District of New York
500 Pearl Street, Room 200
New York, N.Y 10007

RECEIVED
SEP 28 2026
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 29 AM 10:48

LEGAL MAIL

10007-133099

Rec'd 9/14/26